UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------ x
Khris Tchmir
  v.
Koch Entertainment and
Michael Rosenberg
------------------------------ x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 3 1 2005 ★
BROOKLYN OFFICE

STIPULATION OF SETTLEMENT
03 CV 4675 (JCP)(ETB)
DLI

It is hereby stipulated by and between counsel that this action is settled.

Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

DATED:

_____
Counsel for Plaintiff

_____
Counsel for Defendant

SO ORDERED: _____
Dated: Brooklyn, NY
May 27, 2005

U.S. DISTRICT JUDGE